UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL DUXBURY FANNING, and ) <br> JENNIFER L. FANNING ) <br>       Appellant, ) <br> ) <br> v. ) <br> ) <br> ) <br> MICHAEL BURNETT, Trustee, ) <br>       Appellee. ) | **JUDGMENT** <br><br> No. 5:23-CV-373-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 27, 2024, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on March 27, 2024, and Copies To:**

Travis Sasser (via CM/ECF Notice of Electronic Filing)
Michael Brandon Burnett (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| March 27, 2024 | PETER A. MOORE, JR. CLERK <br>  /s/ Sandra K. Collins_____ <br> (By) Sandra K. Collins, Deputy Clerk |